THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant, *v.* THE CITY OF DUNKIRK, Respondent.*

(Argued June 11, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in

---

* Reported below, 65 Hun, 494.

favor of defendant, entered upon a decision of the court on trial at Special Term.

*George F. Brownell* for appellant.

*Walter D. Holt* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____